The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANJELL JESSE, an individual, LATASHA BURNS, an individual,<br><br>Plaintiffs,<br>v.<br><br>DAL GLOBAL, INC., a foreign corporation,<br><br>Defendant. | Case No. 2:16-CV-00599-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Noting Date: August 22, 2017 |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by all parties as follows:

The parties have settled and resolved all claims against all parties in this action. The trial date, hearings, and all other deadlines in this matter may be stricken from the Court's calendar. The parties move the Court to dismiss this action with prejudice, and without the award of attorney's fees or costs to either side.

DATED this 22nd day of August, 2017.

BADGLEY MULLINS TURNER PLLC

*/s/ Duncan C. Turner*
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: 206-621-6566
Email: dturner@badgleymullins.com
**Attorneys for Plaintiffs**

---

**STIPULATION AND ORDER OF DISMISSAL - 1**
**Case No. 2:16-CV-00599-RSL**

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686

LAW OFFICE OF DANIEL R. WHITMORE

/s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA #24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: 206-329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiffs**

DAVIS WRIGHT TREMAINE

/s/Harry Korrell
Taylor S. Ball, WSBA #46927
Harry Korrell, WSBA #23173
Laura Turczanski, WSBA #47070
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-757-8080
Email: harrykorrell@dwt.com
Email: taylorball@dwt.com
Email: lauraturczanski@dwt.com
**Attorneys for Defendant**

## ORDER OF DISMISSAL

BASED UPON THE FOREGOING STIPULATION;

IT IS HEREBY ORDERED as follows:

1.  The above-captioned action is dismissed with prejudice; and

2.  Upon entry of this Order, the Clerk of this Court is authorized and directed to remove the trial date, hearings, and all other deadlines in this matter from the Court's calendar.

DONE IN OPEN COURT this 24th day of Aug., 2017.

_____
JUDGE/~~COMMISSIONER~~

Presented By:

BADGLEY MULLINS TURNER PLLC

/s/ Duncan C. Turner
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200

**STIPULATION AND ORDER OF DISMISSAL - 2**
**Case No. 2:16-CV-00599-RSL**

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Seattle, WA 98155
Telephone: 206-621-6566
Email: dturner@badgleymullins.com
**Attorneys for Plaintiffs**

LAW OFFICE OF DANIEL R. WHITMORE

/s/Daniel R. Whitmore
Daniel R. Whitmore, WSBA # 24012
2626 15th Avenue West, Suite 200
Seattle, WA 98119
Telephone: 206-329-8400
Email: dan@whitmorelawfirm.com
**Attorneys for Plaintiffs**

DAVIS WRIGHT TREMAINE

/s/Harry Korrell
Harry Korrell, WSBA #23173
Taylor S. Ball, WSBA #46927
Laura Turczanski, WSBA #47070
1201 Third Avenue, Suite 2200
Seattle, WA 98101
Telephone: 206-757-8080
Email: harrykorrell@dwt.com
Email: taylorball@dwt.com
Email: lauraturczanski@dwt.com
**Attorneys for Defendant**

**STIPULATION AND ORDER OF DISMISSAL - 3**
Case No. 2:16-CV-00599-RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
TEL 206.621.6566
FAX 206.621.9686